■ In the Matter of MANUEL ESPINOZA, Respondent, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, Appellant. [732 NYS2d 199] —Judgment insofar as appealed from unanimously reversed on the law without costs and last decretal paragraph vacated. Memorandum: We agree with respondent that Supreme Court erred in ordering the Attorney General to file a notice of appeal on behalf of petitioner, who is acting *pro se*, in the event that petitioner wished to appeal from the judgment dismissing his CPLR article 78 petition. The court thereby created a conflict of interest for the Attorney General, who represents respondent (*see generally,* Code of Professional Responsibility DR 5-105 [22 NYCRR 1200.24], DR 7-101 [a] [3] [22 NYCRR 1200.32 (a) (3)]). The filing of a notice of appeal confers jurisdiction upon an appellate court (*see, Matter of Gaines v Coughlin,* 236 AD2d 648, 649; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C5513:1, at 169) and thus cannot be deemed a ministerial act. (Appeal from Judgment of Supreme Court, Erie County, Mintz, J.—CPLR art 78.) Present—Pigott, Jr., P. J., Wisner, Scudder, Burns and Gorski, JJ.